ROSALIE F. JANOER, Appellant, v. HARRY L. RICHER, Respondent, and MAX SCHIER, Defendant.— Judgment reversed upon the law and the facts, and a new trial granted, costs to abide the event. In our opinion, the plaintiff made out a *prima facie* cause of action in equity for a reformation of the release in question,

---

*Amd. by Laws of 1926, chap. 612.— [REP.    † Reported in 137 Misc. 113.— [REP.

and the complaint was improperly dismissed at the close of the plaintiff's case. Findings of fact and conclusions of law inconsistent herewith are reversed. Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ., concur. Settle order on notice.